IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John A. Walker, Sr., individually and as the Personal Representative of the Estate of John A. Walker, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Lexington County; Lexington County Sheriff's Office; William L. Miles, M.D.; Shari Lee, R.N.; C. Frederick, LPN; and Correct Care Solutions, LLC, <br><br> Defendants. | C/A No.: 5:12-1544-DCN-KDW <br><br> ORDER |

This matter is before the court on the parties' Consent Motion to Stay Federal Court Scheduling Order, ECF No. 14, in which they seek an order staying the court's current scheduling order, ECF No. 9, pending the parties' compliance with the pre-suit mediation required by the South Carolina Tort Claims Act, S.C. Code Ann. §§ 15-79-120, 15-79-125(c). For good cause shown, the court GRANTS the parties' Motion to Stay, ECF No. 14. Rather than permit an open-ended stay, however, the court orders this matter be stayed until **no later than October 26, 2012**, by which time the parties' compliance should be accomplished. **Within five days of completing the mediation, the parties are instructed to so-inform the court so that the court may lift the stay prior to October 26, 2012, as appropriate.**

The clerk is instructed to administratively stay this matter until October 26, 2012 or until further order of the court. During the stay, all deadlines are held in abeyance, including the deadline for parties to respond to the pending Motion to Dismiss by Correct Care, LLC, *et al.*, ECF No. 12. Response to ECF No. 12 will be due within 14 days after the stay is lifted in this matter.

IT IS SO ORDERED.

July 30, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge